**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6264**

———————

ISMAIL ABDUR RASHID, a/k/a Ismail Abdur-
Rashid, a/k/a Ezekiel Thomas,

                                 Plaintiff - Appellant,

    versus

J. RAIBEL, Ms., Nurse; MS. GREENE, Nurse;
MS. GANDY, Nurse,

                                 Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence. Matthew J. Perry, Jr., Senior District
Judge. (CA-96-726-4-OBE)

———————

Submitted:  June 3, 1997               Decided:  June 16, 1997

———————

Before WILKINS and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ismail Abdur Rashid, Appellant Pro Se.  James Miller Davis, Jr.,
Alfred Johnston Cox, ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A.,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rashid v. Raibel</u>, No. CA-96-726-4-OBE (D.S.C. Jan. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>